1  KARL GERBER, Bar No. 166003
   kgerber@emplaw.net
2  BRETT GUNTHER, Bar No. 306448
   brett@emplaw.net
3  EMPLOYMENT LAWYERS GROUP
   13418 Ventura Boulevard
4  Sherman Oaks, CA 91423
   Telephone: (818) 783-7300
5  Facsimile: (818) 995-7159

6  Attorneys for Plaintiff,
   TAMETRA WELDON

8  ELIZABETH STAGGS WILSON, Bar No. 183160
   estaggs-wilson@littler.com
9  JENNIFER PIROZZI, Bar No. 316394
   jpirozzi@litter.com
10 FATEMEH MASHOUF, Bar No. 288667
   fmashouf@littler.com
11 LITTLER MENDELSON, P.C.
   633 West 5th Street
12 63rd Floor
   Los Angeles, CA 90071
13 Telephone: 213.443.4300
   Facsimile: 213.443.4299

15 Attorneys for Defendant
   THE GEO GROUP, INC. AND GEO
   CORRECTIONS AND DETENTION, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMETRA WELDON,<br><br>Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., GEO CORRECTIONS AND DETENTION, LLC, and DOES 1 -100, inclusive,<br><br>Defendants. | Case No. 1:18-cv 00315-JLT<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT WITNESS DISCLOSURE AND DISCOVERY DEADLINES** |

STIP. TO EXTEND EXPERT WITNESS
DISCLOSURE & DISCO. DEADLINES

TO THE HONORABLE COURT:

THE NAMED PARTIES IN THIS ACTION, by and through their respective undersigned attorneys, stipulate and agree as follows:

1. The Court's May 30, 2018 Scheduling Order (Docket No. 16) established November 2, 2018 as the deadline for disclosure of expert witnesses; November 23, 2018 as the deadline for disclosure of rebuttal experts; and December 14, 2018 as the deadline to conclude discovery pertaining to experts.

2. The parties have conferred and agree that in the interest of judicial economy and conservation of resources, extending these expert witness deadlines is appropriate and necessary to correspond with the parties' scheduling of key depositions. Accordingly, the parties respectfully request the Court modify the scheduling order as follows:

   a. The deadline for disclosure of expert witnesses be extended to December 21, 2018.
   b. The deadline for disclosure of rebuttal experts be extended to January 11, 2019.
   c. The deadline to conclude discovery pertaining to experts be extended to February 1, 2019.

All deadlines in Docket No. 16, other than those expressly identified above, remain unaltered.

3. This stipulation and request is made in good faith and is not for purposes of undue delay.

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

STIP. TO EXTEND EXPERT WITNESS DISCLOSURE & DISCO. DEADLINES       2.

Dated: October 22, 2018

        /s/ *Jennifer Pirozzi*
ELIZABETH STAGGS WILSON
JENNIFER PIROZZI
FATEMEH MASHOUF
LITTLER MENDELSON, P.C.
Attorneys for Defendants
THE GEO GROUP, INC. and GEO CORRECTIONS AND DETENTION, LLC

        /s/ *Brett Gunther (with permission)*
KARL GERBER
BRETT GUNTHER
EMPLOYMENT LAWYERS GROUP
Attorneys for Plaintiff
TAMETRA WELDON

## ORDER

Though the Court will grant the stipulation of the parties, it notes that they do not establish good cause for the amendment to the case schedule. The Court grants the stipulation *only* because it does not seek to modify any other case deadlines and, consequently, does not disrupt the schedule. The Court recognizes—and presumes the parties recognize as well—that the stipulation fails to address that the non-dispositive and dispositive motion deadlines remain unchanged. Thus, the Court **ORDERS**:

1. The expert disclosure deadline is extended to December 21, 2018;
2. The deadline for disclosure of rebuttal experts is extended to January 11, 2019;
3. The deadline to complete expert discovery is extended to February 1, 2019.

IT IS SO ORDERED.

Dated: **October 23, 2018**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

STIP. TO EXTEND EXPERT WITNESS DISCLOSURE & DISCO. DEADLINES    3.

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300