**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMETRA WELDON, ) | Case No.: 1:18-cv-00315 - JLT |
| ) | |
| Plaintiff, ) | ORDER DISMISSING THE ACTION |
| ) | |
| v. ) | (Doc. 26) |
| ) | |
| THE GEO GROUP, INC.; GEO ) | |
| CORRECTIONS AND DETENTION, LLC; ) | |
| and DOES 1-100, ) | |
| ) | |
| Defendants. ) | |

On December 21, 2018, Tametra Weldon and The GEO Group, Inc., stipulated to dismiss this action with prejudice pursuant to Federal Rules of Civil Procedure 4l(a)(1). (Doc. 26) Significantly, however, the stipulation indicated that it was signed by counsel for the parties, though the defense counsel, who represents both The Geo Group, Inc. and GEO Corrections and Detention, LLC. (*See id.*; *see also* Docs. 17, 22)

///
///
///
///
///

Pursuant to Rule 41(a)(1), "the plaintiff may dismiss an action without a court order by filing … a stipulation of dismissal signed by *all* parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii) (emphasis added) Because it appears that the stipulation was designed to dismiss the entire action, it appears that the failure to list GEO Corrections and Detention was an oversight. Thus, the Court **DISMISSES** the action in full.

IT IS SO ORDERED.

Dated: __**December 26, 2018**__         _____**/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE